**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-6736**

—————————

GLENN CALVIN LAWHORN, JR.,

Petitioner - Appellant,

versus

LONNIE SAUNDERS, Warden,

Respondent - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-99-317-7)

—————————

Submitted:  September 9, 1999       Decided:  September 15, 1999

—————————

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Glenn Calvin Lawhorn, Jr., Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn Calvin Lawhorn, Jr., seeks to appeal the district court's order dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). Lawhorn's petition is successive. Because Lawhorn failed to file a motion for authorization to file a successive petition pursuant to 28 U.S.C.A. § 2244(b)(3)(A) (West Supp. 1999), we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lawhorn v. Saunders, CA-99-317-7 (W.D.Va. May 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2